IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEANNA BETRAS,<br><br>        Plaintiff,<br><br>v.<br><br>OLI-CAR INC.,<br><br>        Defendant. | )<br>)  Civil Action No. 2:21-cv-00873<br>)<br>)<br>)  Filed Electronically<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT**

Elizabeth Pollock-Avery, being duly sworn says that she is attorney for Plaintiff in the above-entitled action; that the amount due to Plaintiff from Defendant is $87,401.56, inclusive of attorneys' fees and costs; that Defendant is not a minor or incompetent person; that the default of the Defendant has been entered for failure to appear in the action; that the amount shown is justly due and owing and that no part thereof has been paid; and that Defendant is not in the military service of the United States.

Respectfully Submitted,

_____
Elizabeth Pollock-Avery

Sworn to and subscribed before me
this 6th day of October, 2021

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Elaine M. McFarland, Notary Public
Lawrence County
My commission expires August 19, 2024
Commission number 1044978
Member, Pennsylvania Association of Notaries