IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEANNA BETRAS,<br><br>         Plaintiff,<br><br>     v.<br><br>OLI-CAR INC.,<br><br>         Defendant. | 2:21-CV-00873-CCW |

### JUDGMENT ORDER

    FINAL JUDGMENT is hereby entered in favor of Plaintiff Deanna Betras and against Defendant Oli-Car Inc. pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    IT IS SO ORDERED.

    DATED this 8th day of November, 2021.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record